# IN THE SUPREME COURT OF THE STATE OF NEVADA

GLENFORD ANTHONY BUDD,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 84509

**FILED**

APR 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
   DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's petition on January 21, 2022. The district court served notice of entry of that order on appellant on January 27, 2022. Appellant did not file the notice of appeal, however, until April 1, 2022, well after the expiration of the 30-day appeal period prescribed by NRS 34.575. *See* NRAP 4(b); *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

22-12119

cc: Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 3
Glenford Anthony Budd
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A